JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA – CENTRAL DISTRICT

9
10
11  **BARRY P. KING**, an individual;
12            Plaintiff(s),
13        v.
14  **TRANSAMERICA LIFE INSURANCE COMPANY dba TRANSAMERICA**, a business form unknown; **DOES 1-100**, inclusive,
15
16
17            Defendants.
18

Case No.: 2:25-cv-00736-AGR

(Hon. Alicia G. Rosenberg – Ctrm 550)

[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE

[Filed concurrently with Stipulation]

Complaint filed: December 3, 2024

19
20
21
22
23
24
25
26
27
28

-1-

1

## [~~PROPOSED~~] ORDER

2         Pursuant to the stipulation of the parties, the above-entitled action is hereby

3   dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its

4   own attorneys' fees and costs.

5

6         **IT IS SO ORDERED.**

7

8

9   DATED:  July 7, 2025

10                                              HONORABLE ALICIA G. ROSENBERG
                                               United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28